IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM JAMES WILSON III, *pro se*, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:25-cv-00455 |
| | : | |
| C.V. STARR & CO., INC., *et al.* | : | No. 2:25-cv-02685 |
| | : | |
| | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 15th day of August, 2025, upon consideration of the motions to dismiss (the "Motion(s) to Dismiss") filed by C.V. Starr & Co., Inc. ("CV Starr"), Starr Insurance Holdings ("Starr Holdings") and Starr Surplus Lines Insurance Company ("Starr Surplus") in the consolidated cases listed above (Dkt. 455 at #6 and Dkt. 2685 at #7) as well as a Motion to Remand (the "Motion to Remand" at Dkt. 2685 at #8) filed by Plaintiff William James Wilson, III ("Plaintiff"), all oppositions thereto, and oral argument in support thereof, it is hereby ORDERED:

1. The Motion to Remand is DENIED.

2. The Motions to Dismiss are GRANTED as follows:

    a. All claims against CV Starr and Starr Holdings are DISMISSED WITH PREJUDICE;

    b. All claims against Starr Surplus which purport to find their bases in the state statutes and regulations identified in the Complaint are DISMISSED WITH PREJUDICE;

    c. All claims brought on behalf of Pandora or alleging harm directly to Pandora are DISMISSED WITH PREJUDICE;

    d. Any claim which might have been brought for breach of contract or bad faith as to Mr. Wilson personally are DISMISSED WITHOUT PREJUDICE. Plaintiff may file an amended Complaint consistent with this Order and its accompanying Opinion on the docket in Case No. 2:25-cv-00455 no later than September 15, 2025.

It is FURTHER ORDERED that the matter docketed as case No. 2:25-cv-02685 should be marked as "CLOSED" and no further filing will be permitted in that matter. The matter docketed as Case No. 2:25-cv-00455 shall remain open to permit the filing of an amended complaint no later than September 15, 2025. If no amended complaint is filed by September 15, 2025, the Clerk of Court is directed to mark this matter as "CLOSED."

                                                        BY THE COURT:

                                                        _____
                                                        GAIL A. WEILHEIMER    J.