# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM JAMES WILSON III, | : | |
| | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 2:25-cv-00455-GAW |
| | : | |
| STARR SURPLUS LINES INSURANCE COMPANY, | : | |
| | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this 23rd day of February 2026, upon consideration of Starr Surplus Lines Insurance Company's Motion to Dismiss for Failure to State a Claim (Dkt. #40), and the responses thereto, it is hereby ORDERED that Defendant's Motion is GRANTED. Plaintiff's Complaint is DISMISSED with PREJUDICE.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.